IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUANTILLA CARTER**                                                                                      **PLAINTIFF**

**V.**                              **CASE NO. 4:19-CV-00833 JM-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                     **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the timely-filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Quantilla Carter's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 22nd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE