IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**QUANTILLA CARTER**                                                               **PLAINTIFF**

V.                 **CASE NO. 4:19-CV-00833 JM-JTK**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**               **DEFENDANT**

### **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 22nd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE